**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                                      **CASE NO. 14-01403-5-DMW**

**SHRI SAIBABA, LLC,**                       **Chapter 11**
              **Debtor-in-Possession**

<u>**AFFIDAVIT OF PROPOSED APPRAISER**</u>

I, Kelli Kline Mayhew, hereby make solemn oath that:

1.      I am an appraiser through the firm, HK Meridian, Inc. located in Charlotte, North Carolina.

2.      I am president of the the corporation HK Meridian, Inc., and neither myself nor my firm have any connection with the above-captioned Debtor, its creditors, or with any other party in interest, or their respective Attorneys.

3.      I aver that I represent no interest adverse to the above-captioned Debtor as Debtor-in Possession herein, or the estate in the matters upon which I am to be engaged.

4.      Contemporaneous with the execution of this Affidavit, I have caused to be filed an application to be employed as appraiser for the Debtor. I have reviewed this Application and agree to engagement under the terms set forth therein.

5.      To the best of my knowledge, I have not previously represented the Debtor, its creditors, or any related interests.

This _30_ th day of October 2014.

**HK Meridian, Inc.**

By: _Kelli Kline Mayhew_
Kelli Kline Mayhew
8116 South Tryon Street,
Suite B-3 # 252
Charlotte, NC 28273
Tel: (803) 407-6446
Fax: (803) 407-6322 fax

State of _North Carolina_
County of _Watauga_

I certify that Kelli Kline Mayhew identified herself to me this day, and acknowledged that she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated below:

Kelli Kline Mayhew
Appraiser for Debtor

Witness my hand and official seal, this the _30_ day of October 2014.

_Elizabeth C Watson_
Notary Public Signature

_Elizabeth C Watson_ Notary Public
Printed Name

My Commission Expires: _October 17-2015_

**SEAL APPLIED**

ELIZABETH C. WATSON
NOTARY
My Comm. Expires
October 17, 2015
PUBLIC
WATAUGA COUNTY, NC