

8116 South Tryon Street
Suite B-3 # 252
Charlotte, North Carolina 28273

(803) 407-6446 Phone
(803) 407-6322 Fax

# KELLI KLINE MAYHEW, MAI, MRICS

## PROFESSIONAL LICENSES

South Carolina State Certified General Real Estate Appraiser Number CG 2416

North Carolina State Certified General Real Estate Appraiser Number A 4502

Virginia Certified General Real Estate Appraiser Number 4001 013842

Georgia Certified General Real Property Appraiser Number 6887

## PROFESSIONAL EXPERIENCE

### VALUATION / ANALYSIS / APPRAISAL REVIEW

HK Meridian, Inc., formerly Kelli Kline & Associates, was established in 1999 and specializes in providing commercial real estate valuation, market studies, feasibility analysis, consultation, and appraisal review services.  Our work is focused primarily in South Carolina, North Carolina, Georgia, Virginia, Maryland and Tennessee; however, we frequently provide professional services to markets extending along the entire eastern seaboard and throughout the Midwest.  The firm serves a variety of clients including private investors, banks, attorneys, real estate investment trusts, insurance companies, government agencies, and non-profit organizations.  Our experience includes all forms of commercial real estate.

### LITIGATION SUPPORT

HK Meridian, Inc. specializes in valuation and consulting for litigation purposes and has worked extensively on cases involving real estate throughout North and South Carolina.  Kelli Kline Mayhew, MAI, MRICS has qualified as an expert witness in the following courts.

- United States Bankruptcy Court for the Eastern District of North Carolina - Raleigh Division
- United States Bankruptcy Court for the Eastern District of North Carolina - Wilson Division
- South Carolina Court of Common Pleas Fifth Judicial Circuit – Richland County

*CONSULTING / MASTER PLANNING*

HK Meridian, Inc. also provides consultation for urban planning and community development projects.  In particular, the firm specializes in the revitalization of blighted areas, and has provided professional services to a variety of municipal governments, non-profit organizations, private investors/developers, community development corporations, as well as urban design and master planning firms for projects located throughout the southeastern United States.  Our experience working within a variety of markets and for a broad spectrum of clients allows our team to provide critical insight into the real estate market forces impacting each project.

PROJECT EXPERIENCE

- **Holly Grove Market Analysis- 2011**
  *Town of Hollywood,*
  *Hollywood, SC*

- **Glenstal Apartments – 2010**
  *Stearns Bank*
  *Jacksonville, NC*

- **Regency Mall Redevelopment Market Analysis- 2009**
  *City of Augusta – Richmond County,*
  *Augusta, GA*

- **North Columbia Catalyst Initiatives Market Analysis - 2007**
  *Eau Claire Community Development Corporation,*
  *Columbia, SC*

- **The Methodist Oaks Master Plan/Market Analysis - 2006**
  *The Methodist Oaks,*
  *Orangeburg, SC*

- **The Inn @ Castle Street Market Analysis - 2006**
  *City of Wilmington, NC*

- **OCAB Conference & Training Center Master Plan/Market Analysis - 2006**
  *Orangeburg-Calhoun-Allendale-Bamberg Community Action Agency, Inc.,*
  *Orangeburg, SC*

- **North Columbia Master Plan/Market Analysis - 2005**
  *City of Columbia, SC*

- **City of Greenwood Master Plan/Market Analysis - 2005**
  *City of Greenwood, SC*

- **Sandhills Master Plan/ Market Analysis - 2004**
  *City of Augusta, GA*

- **East Central City Master Plan/Market Analysis, Phases I & II – 2003 & 2006**
  *East Central City Consortium*
  *Columbia, SC*

## PROFESSIONAL AFFILIATIONS AND HONORS

### Appraisal Institute
- MAI Designee – Certification # 12178
- Leadership Development Advisory Council  - Chair 2005, Vice Chair 2004, Discussion Leader 2003, Participant 2000 - 2002
- Communications Committee – Member 2004
- Publications Review Panel Committee – Member 2001 - 2014
- Membership Development and Retention Committee – Member 2002 -2003
- North Carolina Chapter Associate Guidance Committee – Member 2013 - 2014
- South Carolina Chapter Associate Guidance Committee – Chair 2007, Member 2003 - 2006
- South Carolina Chapter Government Relations Committee – Chair 2005 – 2006, Vice Chair 2004
- South Carolina Chapter Education Committee 2001 – 2003

### Royal Institute of Chartered Surveyors (RICS)
- Member – 1282631

### CCIM Institute
- Member – 08904979

### South Carolina Professional Appraisers Coalition
- Treasurer 2007
- Board of Directors – Member 2006 – 2008, Charter Member 2005
- Legislative Affairs Committee - Chair 2006 – 2008
- Presenter – 2006 Annual Conference
- Presenter – 2007 Annual Conference

### The Realm
- ARGUS Advisory Board Member 2003 – 2005
- ARGUS Development Panel Moderator – Fusion 2004 Conference – Toronto, Canada

### Publications
- "2005 Leadership Development & Advisory Council Debates Future of Profession", Valuation Insights & Perspectives, Second Quarter 2005, Volume 10, Number 2, pp 18 - 23
- "Grassroots Government Relations Calls for Strategy and Commitment", Valuation Insights & Perspectives, First Quarter 2005, Volume10, Number 1, pp 18 - 21
- "Strategic Resources for Grassroots Politicking", Valuation Insights & Perspectives, First Quarter 2005, Volume 10, Number 1, pp 21 - 23
- "Taking Control:  Transforming the Appraisal Institute into a Political Powerhouse", Valuation Insights & Perspectives, Second Quarter 2003, Volume 8, Number 2, pp 29

## PROFESSIONAL EDUCATION

### *Economic and Real Estate Webcasts*

- Office and Industrial Market Review & 2014 Outlook – Marcus & Millichap – 2010 - 2014
- Apartment Market Review & 2014 Outlook – Marcus & Millichap – 2010 - 2014
- Retail Market Review & 2014 Outlook – Marcus & Millichap – 2010 - 2014
- H.R. 4173 - Financial Reform Webinar, Appraisal Institute – July 2010
- Senior Housing Investment Roundtable – National Real Estate Investor – March 2010
- 2010:   The Year of the Sale-Leaseback, National Real Estate Investor – January 2010

### *Appraisal Institute*

- Uniform Standards of Professional Appraisal Practice Update – February 2014
- Analyzing Operating Expenses – February 2012
- Appraising the Appraisal:  Appraisal Review General – January 2012
- Appraisal Curriculum Overview – March 2011
- Small Hotel – Motel Valuation Methods – June 2010
- Analyzing Distressed Real Estate – June 2010
- Online Data Verification Methods – June 2010
- Business Practice and Ethics – May 2009
- Commercial Appraisal Engagement & Review Seminar for Bankers & Appraisers – March 2009
- Tenant Credit Analysis – March 2009
- The Real Implications of the HVCC on Appraisers and Lenders – January 2009
- Forecasting Revenue – October 2007
- Washington Appraisal Summit – September 2007
- Evaluating Commercial Construction – June 2007
- Real Estate Finance, Value and Investment Performance – June 2005
- Uniform Standards of Professional Appraisal Practice – 7 Hour Update – May 2005
- Reappraising, Readdressing, Reassigning – October 2004
- 2004 State of Atlanta – September 2004
- Uniform Standards of Professional Appraisal Practice – May 2004
- General Demonstration Report Writing Seminar – March 2003
- Advanced Applications – November 2000
- Report Writing and Valuation Analysis – October 2000
- Highest and Best Use and Market Analysis – September 2000
- Standards of Professional Practice – Part A – May 1999
- Standards of Professional Practice – Part B – May 1999
- Loss Prevention Seminar – April 1999
- Apartment Appraisal – Concepts and Applications – January 1999
- Advanced Sales Comparison and Cost Approaches – January 1999
- Understanding New Trends in Quality Appraisal Production – October 1998
- Advanced Income Capitalization – May 1998
- General Applications - August 1996

- Subdivision Analysis – May 1996
- Appraisal Principles - March 1996
- Appraisal Procedures - March 1996
- Basic Income Capitalization - August 1995
- Inspection Practices for Agents and Appraisers – January 1995

*South Carolina Economic Developers Association*

- Fundamentals of Economic Development – March 2006

## PRIOR EDUCATION

- University of North Carolina at Charlotte - Bachelor of Arts – 1989
    - Major:   Sociology
    - Minors: Political Science and Communications